**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at FRANKFORT**

**[Electronically Filed]**

| | | |
|---|---|---|
| **BRIAN WOODCOCK,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:16-cv-96-GFVT** |
| | ) | |
| **COMMONWEALTH OF KENTUCKY,** *et al.,* | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**PERMANENT INJUNCTION**

On motion of Plaintiffs, and the Court being well-advised, it is hereby

**ORDERED** that Defendants immediately (a) initiate opt-out screening of all inmates for

the Hepatitis C Virus ("HCV"), and (b) treat all HCV-infected inmates with direct-acting antivirals

consistent with the standard of care, and regardless of the severity of their infection.