# Exhibit 7:
## KDOC HCV Plan (2018)

<u>Memorandum</u>

To: All Medical Staff

From: Denise Burkett, Clinical Director

Date: August 23, 2018

Re: Updated Hepatitis Management Plan – Revised August 23, 2018

The revision of the Department of Corrections Hepatitis Management plan includes changes that relate to how inmates are evaluated and become eligible for HCV antiviral therapy.  Areas highlighted in yellow indicate the changes made to the plan since the last revision.

As with all complicated medical problems, the approaches to viral hepatitis infections and especially to Hepatitis C infection will continue to evolve; requiring further changes to our Hepatitis Management plan.

Department of Corrections Hepatitis Management Plan

## Management of Hepatitis A

A is highly infectious virus (HAV), transmitted by the fecal-oral route, which can cause significant acute and prolonged liver injury in non-immune individuals.  Fortunately, HAV never causes chronic liver disease.

Any inmate presenting with new onset of elevated transaminases, with or without jaundice, should be tested for acute HAV by obtaining the formulary lab "hepatitis – Diagnostic profile I (Lab Corp 58560.  If positive, the clinical director should be informed and the local health authorities notified, as acute HAV is a reportable disease.  The inmate should be placed in an isolated setting with hand-washing precautions (either in a medical bed if very ill or in his/her own wet cell) and closely monitored with at least weekly liver panel test (Hepatic Function panel Lab Corp 322755) until improvement in laboratory studies and clinical status is seen.  Treatment of acute HAV is generally supportive, with IV fluids if the patient has significant nausea/vomiting.

Contacts, including cellmates, sexual contacts and anyone with close personal contact with the patient should be quickly identified.  If the contact is within a 2 week period, that individual can be offered a single dose of standard immune globulin (0.02 mg/Kg body weight) as prophylaxis.  Once standard contact precautions have been instituted, hospital/ward staff does not require post-exposure prophylaxis.

A safe and effective vaccine exists for HAV, which is recommended for travelers to undeveloped countries where HAV is endemic, for men who have sex with men, IV drug users, sewage workers, and patients with chronic liver diseases such as Hepatitis C.  Because many individuals infected sub clinically when young develop life-long immunity, it is customary to check for immunity before vaccinating against HAV.  The Hepatitis A vaccine is given IM at 0 and 6 months.  All inmates with chronic Hepatitis C infections should be offered the HAV and HBV vaccines.

## Management of Hepatitis B

The Hepatitis B virus (HBV) is a complex hepatotrophic virus that can cause both acute and chronic infection.  According to the Centers for Disease Control (CDC) "an estimated 240 million people have chronic HBV infections globally. Acute hepatitis B progresses to chronic HBV infection in 30%–90% of people infected as infants or young children and in <5% of people infected during adolescence or adulthood. Chronic infection with HBV may result in chronic

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

liver disease, including cirrhosis, liver cancer, and death."  The MMWR (Morbidity and Mortality Weekly Report) reports the prevalence of chronic HBV infection among inmates is approximately 1.0%--3.7% (MMWR 8/5/04 53(30): 678-681). Unvaccinated adolescents and adults in the US remain susceptible to new infections.  The best way to prevent Hepatitis B is by getting vaccinated.

Any inmate presenting with new onset of elevated transaminases, with or without jaundice, should be tested for acute HBV by obtaining the formulary lab "hepatitis – Diagnostic profile I (Lab Corp 58560).  If the IgM anti-HBcore is positive (regardless of the HBsAg), the inmate has acute HBV and, the clinical director should be informed and the local health authorities notified, as acute HBV is a reportable disease.  The infected inmate does NOT require any isolation precautions, except for the routine blood and sexual secretion handling.  Sexual contacts should be identified and tested for active HBV infection and or immunity.  If the infected inmate is ill, weekly monitoring of liver tests and clinical status is important, since HBV can cause fulminant liver failure and there are now available suppressive antiviral medications. Consultation with a specialist is recommended.

If chronic HBV is suspected, or if a history of risk factors exists (i.e.: previous jaundice, IV drug abuse, male homosexual activity, percutaneous exposures) HBV infection should be screened with an HBsAg study.  If positive the inmate should be checked for evidence of liver injury with liver function tests (ALT, AST, total bilirubin, alkaline phosphate, and albumin) and for infectivity with HBeAg (Lab Corp 006619), HBeAb (Lab Corp 006635), and a quantitative HBV DNA (Lab Corp 551610).  Consultation with a specialist is again recommended.  Patients with chronic active HBV who have detectable HBV DNA are treated with antiviral medications in attempt to convert them to an undetectable DNA status or they are placed on medications to suppress viral proliferation.  In general, a chronic HBV infection with persistently abnormal ALT values does not require liver biopsy evaluation or medical therapy.  But all chronically HBV infected inmates, including those with initially normal ALTs, should have regular (q 6 month) LFTs checked and an annual Liver US to monitor for hepatocellular carcinoma (HCC).

A pregnant female should be screened for HBV infection, because their newborns will have to be given hyper-immune B globulin and HBV vaccine to prevent transmission.  If an inmate is exposed to HBV because of a percutaneous exposure or sexual exposure, post-exposure prophylaxis is given by administrating HBV vaccine with possible use of hyper-immune B

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

globulin.  Because patients with chronic liver disease from other causes, such as HCV, are at risk of great liver damage if they contract acute HBV, these patients should be prophylactically vaccinated for HBV if they are not already immune.  These patients should first obtain a Hepatitis B Virus profile VI (LabCorp 058545).  If all of these are negative, the HBV vaccine can be given at 0, 1 & 6 months.

## Overview Hepatitis C

Hepatitis C is a hepatotrophic RNA virus that chronically infects 15% of all adult prisoners. **Acute** Hepatitis C refers to the first several months after someone is infected.  Acute infection can range in severity from a very mild illness with few or no symptoms to a serious condition requiring hospitalization.  Approximately 20% of people are able to clear the virus without treatment in the first 6 months.  Therefore, most people who become infected are not able to clear the virus and develop **chronic** infection (CDC).  Chronic HCV is a slow progressive systemic disease which typically takes decades to progress from infection to end organ damage, primarily in the liver.  Because the liver is a very resilient organ and has the capability throughout life to grow and regenerate, this creates a long period during which antiviral therapy may be successful, even if damage has already occurred.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## **Management of Hepatitis C**

The goal of Hepatitis C antiviral therapy is to achieve a sustained virological response (SVR), as defined as an undetectable HCV RNA 12 or more weeks after the completion of antiviral therapy.  Achieving an SVR significantly decreases the risk of disease progression and the development of cirrhosis, liver cancer, liver failure and death.

The following protocol summarizes the current best practices in the pharmacological treatment of chronic Hepatitis C infection as mirrored by the Federal Bureau of Prisons guidelines.

Identification, evaluation and monitoring of KDOC inmates with hepatitis C will require efforts from multiple levels of an integrated health system.  Before antiviral medications can be considered, providers need to perform a pre-medication assessment, including determination of liver disease severity, comorbidities and patient likelihood of adherence to prescribed medications and monitoring.

Urgency of initiating antiviral therapy should be based on the risk of developing decompensated cirrhosis or dying from liver cancer or liver-related diseases. Urgent antiviral therapy should be considered in patients with advanced cirrhosis.  Individuals with mild liver disease (METAVIR F0-2) have less urgency for antiviral therapy in the short term.  Antiviral therapy is not indicated in patients with limited life expectancy (ie: multiple co-morbidities, non-curative hepatocellular cancer) unless there is reason to anticipate that duration or quality of life can be improved by eradication of HCV.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Screening for HCV infection

Obtain Health History from all newly incarcerated inmates during intake.

If an inmate reports previously being treated for Hepatitis C at an outside facility – have the inmate sign a Release of Information form and fax it to the appropriate office for outside records.  Outside records are needed to verify if the patient reached a sustained viral response after completing antiviral medications.

If an inmate reports being treated for Hepatitis C at a KYDOC facility <u>and</u> obtained a sustained viral response, submit a lab requisition for a HCV RNA Quantitative (LabCorp 550080).

**Screening Criteria**

Testing for HCV infection is recommended for inmates with risk factors for HCV, certain clinical conditions and for those who request testing.

<u>Risk Factors:</u>
- Ever injected illegal drugs or shared equipment
- Received tattoos or body piercings with in jail/prison or any unregulated source
- HIV or chronic hepatitis B infection
- Received a blood transfusion prior to 1992 or received clotting factor transfusion prior to 1987
- History of percutaneous exposure to blood
- Ever received dialysis
- Born to a mother who had HCV infection at the time of delivery
- Born between 1945 and 1965

<u>Clinical Conditions:</u>
- Reported history of HCV infection
- Elevated ALT (Alanine Aminotransferase) value of uncertain etiology
- Evidence of extra hepatic manifestations (mixed cryoglobulinemia, membranoproliferative glomerulonephritis, porphyria and vasculitis).
- Chronic Hemodialysis

**Screening Method**

Obtain HCV ab (LabCorp: 140469) – to assess for the presence of HCV antibodies.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Initial Evaluation of HCV ab positive inmates

1. Obtain baseline history and physical – evaluate for signs and symptoms of liver disease (ascities, asterxis, and disorientation), assess history of alcohol consumption/abuse.  Evaluate for other possible causes of liver disease (i.e.: alcoholism, non-alcoholic steatohepatitis, iron overload, autoimmune hepatitis, etc.).
2. Obtain (at a minimum) the following laboratory tests – KYDOC DP2 (LabCorp: 314918 CBC, CMP, Lipid panel), PT/INR (LabCorp: 00519), Hep B Surface Antigen (LabCorp: 006510), HIV ab (LabCorp: 083824), HCV RNA Quantitative (Lab Corp 550080).
3. Calculate <u>APRI</u> score– calculation of the AST (Aspartate Aminotransferase) to Platelet Ratio Index (APRI) to assess the degree of fibrosis.  The APRI is less invasive and less expensive means to assess fibrosis than an US guided liver biopsy.  The formula for calculating the APRI score is [(AST/AST ULN) x 100 / (platelet count x $10^3$ /uL / 1,000).  A calculator is available at: http://www.hepatitis.uw.edu/page/clinical-calculators/apri

    NOTE: If a patient is known to have cirrhosis or has had a splenectomy then calculating the APRI is not indicated. Furthermore, the APRI is unreliable if the patient has other causes of Thrombocytopenia (i.e.: ITP, Chemotherapy)

4. Offer vaccination for Hepatitis A, Hepatitis B, pneumonia  and annual flu shots
    a. Hepatitis A & B Vaccines should be offered if the patient is not immune to Hepatitis A&B
    b. Offer flu vaccines annually to all HCV+ inmates
    c. Offer pneumococcal vaccine to those with cirrhosis who are age 19-64
5. Provide patient education on chronic HCV infection and measures to prevent transmission during and post incarceration (Give handout #1 and Handout #2)

## Chronic Care Visits / Follow up Visits

•If APRI Score < 0.5 <u>and</u> Albumin <u>and</u> Platelet count normal → Recheck Labs (DP2 / PT/INR), APRI score, assess for signs & symptoms of decompensation and documents findings every 6 months

•If APRI Score $\geq$ 0.5, <u>or</u> Platelet count < 150 <u>or</u> Albumin < 3.5 → Recheck labs (DP2, PT/INR, urine drug screen (LabCorp: 725788), APRI score, assess inmate for signs/symptoms of decompensation, assess inmate with visual clinical exam for "prison tattoos" with photo screening and document findings every 3 months.

•If APRI score $\geq$ 0.7 <u>or</u> Albumin < 2.5 <u>and</u> trending downward <u>or</u> Platelet count < 90 <u>and</u> trending downward → **NOTIFY** Dr. Fred Kemen for further evaluation and consideration for antiviral therapy.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Assess for Hepatic Cirrhosis / Liver Compensation

Cirrhosis is a condition of chronic liver disease characterized by marked inflammation, degeneration of hepatocytes and development of fibrotic scar tissue.  50-80% of HCV infections become chronic.  In some patients, HCV progression of infection to fibrosis and cirrhosis may take years or decades to develop.  In some cases, fibrosis and cirrhosis may not occur.  History shows that most complications from HCV infection occur in those with cirrhosis.

> Stats:
> •Those with advanced hepatic fibrosis (primarily stage 3) have a 10% per year rate of progression to cirrhosis (Stage 4).
> •Patients with cirrhosis have a 4% per year rate of developing decompensated cirrhosis, and a 3% per year rate of developing hepatocellular carcinoma.

### Assessing for Hepatic Cirrhosis

Assessing for cirrhosis is important in prioritizing inmates for HCV antiviral therapy.  Cirrhosis can be diagnosed in various ways.

1. Sign and Symptoms – low albumin level, low platelet count, elevated bilirubin or INR, presence of ascites, esophageal varices and hepatic encephalopathy.
2. *The APRI Score* – An APRI score > 2.0 may be used to predict the presence of cirrhosis.  A patient with an APRI score > 2.0  is very likely to have cirrhosis
3. Liver biopsy is no longer required unless otherwise clinically indicated
4. Abdominal imaging studies such as ultrasound or CT scan may help assess for signs of cirrhosis, portal hypertension (ascites, splenomegaly, varices) or hepatocellular carcinoma (HCC) – If indicated, these test will be ordered by Dr. Fred Kemen.

### Assessing for Compensation – Do at each chronic care visit and document findings

In order to determine the appropriate HCV regimen, assessment of hepatic compensation is necessary.  HCV regimens differ depending on whether or not the cirrhosis is compensated or decompensated.

Document the following:  Presence or absence of ascites, presence or absence of encephalopathy/asterxis, orientation to person, place, time, etc.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

A useful tool in determining the severity of cirrhosis is the CTP score.  The CTP score encompasses five parameters (albumin, bilirubin, INR, ascites and hepatic encephalopathy). Each parameter is scored 1-3.  The sum of the five scores is the CTP score.

Note: Warfarin will invalidate CTP calculations if the INR is > 1.7

**CTP Scores:**

| CTP Score | CTP Class | Hepatic Compensation |
|-----------|-----------|----------------------|
| 5-6 | Class A | Compensated Cirrhosis |
| 7-9 | Class B | Decompensated Cirrhosis |
| ≥10 | Class C | Decompensated cirrhosis |

 A CTP score calculator is available on line at: https://www.hepatitis.uw.edu/page/clinical-calculators/ctp

**Additional interventions for those with documented cirrhosis**
- HCC Screening – Liver ultrasound every 6 months for those with BOTH cirrhosis and Chronic HCV infection
- Screening for Esophageal Varices – EGD is recommended for those diagnosed with cirrhosis

**Precautions for those with cirrhosis**
- NSAIDS should be avoided in advanced liver disease
- Metformin should be avoided in decompensated cirrhosis

_Note:_ The detailed management of cirrhosis is beyond this management plan and other resources may be consulted for more specific recommendations.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Criteria for Antiviral Therapy (adopted from the Federal Bureau of Prisons)

Establishing criteria is a vital component of the initial evaluation and ongoing management of patients with chronic HCV infection.  Although all patients with chronic HCV may benefit from antiviral therapy, certain patients are at higher risk for complications / disease progression and require more urgent consideration for initiation of antiviral therapy. Priority levels (Level 1-3) have been established to ensure those with the greatest need are identified.

**Priority Level 1** – High Priority for antiviral consideration
- APRI ≥2.0
- Hepatocellular Carcinoma (HCC)
- Cirrhosis – as evidenced by advance staging of fibrosis (Metavir Stage 3-4), esophageal varices, etc.
- Comorbid medical conditions – cryoglobulinemia with renal disease or vasculitis, hematologic malignancies, certain types of lymphoma, Porphyria cutanea tarda
- Continuity of care for those who already started on antiviral therapy prior to admission
- Liver Transplant recipients
- Individuals who require immunosuppressant medications for comorbid conditions
- HIV-HCV Co-infected

**Priority Level 2** – Intermediate Priority for antiviral consideration
- APRI Score ≥ 0.7
- Advanced fibrosis on liver biopsy (ie: Metavir Stage 2 bridging fibrosis)
- Comorbid liver disease (i.e.: Autoimmune Hepatitis, hemochromatosis, steatohepatitis, etc.)
- HBV-HCV Co-infected
- Chronic Kidney Disease (CKD) with GFR ≤ 59 mL/min per $1.73m^2$
- Diabetes Mellitus

**Priority Level 3** – Low Priority for antiviral consideration
- Stage 0 to stage 1 fibrosis on liver biopsy
- APRI score < 0.7
- All other cases of HCV infection

*Exceptions to the "Priority Levels" will be made on an individual basis and will be determined primarily by a compelling or urgent need for antiviral therapy, such as evidence for rapid progression of fibrosis, or deteriorating health status from other comorbidities.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## **Inclusion and Exclusion Criteria for Antiviral Therapy**

Inmates being considered for antiviral therapy must:
- Have no contraindications to any component of the pharmacology regimen
- Have not been given antiviral therapy in the past and become re-infected
- Have a GFR $\geq$ 30
- Not be pregnant
- Must have a life expectancy > 18 months
- Must not have Incurable Hepatocellular Carcinoma
- Must have sufficient time remaining on their sentence to complete the course of therapy, up to and including being incarcerated for 12 weeks post therapy.
- Must demonstrate a willingness and ability to adhere to a rigorous medication regimen
- Must have 12 months of clear conduct (no positive drug screens, no prison tattoos, no inappropriate sexual behavior).

If no Exclusionary criteria are identified, the following may be ordered by Dr. Fred Kemen as deemed necessary for the ongoing management/ evaluation of the patient
- HCV Genotype
- HCV RNA Viral Load
- Diagnostic Liver US
- Hepatitis B Virus Profile VI
- Fibrosure
- Fibroscan
- EGD

## **Recommended Antiviral Regimens**

Recommendations for preferred HCV antiviral regimens continue to evolve, but still depend on several factors including:
- HCV genotype
- Prior HCV medication history
- Compensated vs. decompensated liver disease
- Baseline labs (ALT, Plt, Hgb, GFR, CrCl)
- Viral Load
- HIV co-infection
- HBV co-infection
- Depression (? on psych meds)

Before initiating antiviral therapy, The <u>American Association for the Study of Liver Disease</u> practice guidelines will be reviewed and an appropriate individualized treatment plan will be formulated.

<u>*Cost:*</u> *The cost of antiviral therapy can vary widely. When more than one regimen is appropriate, the most cost-effective regimen shall be used.*

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Monitoring

Pre Antiviral Therapy:

1. Calculation of the *APRI score* if confirmed cirrhosis has not be identified
2. Calculation of the CTP score for those with suspected or known cirrhosis
3. Order the following labs:  KYDOC DP-2 (LabCorp: 314918 CBC, CMP, Lipid panel) PT/INR and urine drug screen. Obtain HCV RNA quantitative (LabCorp: 550080) if previous results are greater than 1 year old or have not been previously performed. Obtain HCV Genotype if not known.
4. Review patient's current medication list to assess for potential drug interactions
5. Review patients disciplinary/incident report history to assess for high risk behaviors such as : illicit drug use during incarceration, obtaining tattoos while incarcerated, participating in high risk sexual behavior
6. For interferon containing regimens – pretreatment psychological evaluation is indicated.  Order Labs: TSH, Free T4
7.  For Ribavivarin containing regimens – obtain EKG for those with existing coronary heart disease
8. Assess for history of medication adherence/compliance
9. Have patient sign the "Antiviral Therapy Agreement – Hepatitis C Medication" prior to the onset of taking antiviral medications.
10. Prior to starting antiviral medications – document patient education – including how to take the medications (direct observation therapy), the importance of adherence, potential side effects, etc.

During Antiviral Therapy

1. The patient will have a clinic visit with the medical provider at 2 weeks and 4 weeks after starting antiviral medications, and monthly thereafter for the duration of antiviral therapy; more frequently as clinically indicated.
2. Labs to be drawn 4 weeks after the initiation of antiviral medications will include a CBC, CMP, calculated GFR, quantitative HCV viral load; others as clinically indicated.  Note: Increases in the ALT may require more frequent monitoring or early discontinuation. Early discontinuation of HCV antiviral therapy is recommended if the ALT increases by tenfold, or by a less than tenfold increase if accompanied by symptoms related to hepatic dysfunction. Asymptomatic ALT increases of less than tenfold should be monitored every 2 weeks.
3. **If the HCV RNA is detectable at week 4 or at any point thereafter, reassess HCV RNA level in 2 weeks.  If the repeat HCV RNA increases (i.e.: >1 $\log_{10}$ IU/mL from nadir), discontinue all antiviral therapy.**

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

4.  Labs to be drawn <u>8 weeks</u>  and <u>12 weeks</u> after in the initiation of antiviral medications include: CBC, CMP; others as clinically indicated
5.  For interferon containing regimens – check TSH every 12 weeks

<u>Post Antiviral Therapy</u>

1.  HCV RNA Quantitative levels should be assessed at 12 weeks after completion of antiviral therapy to determine if an SVR has been achieved. If the HCV RNA is undetectable at 12 weeks post therapy, continue chronic care clinics at 6 and 12 months to include HCV RNA viral load.  If the HCV RNA is undetectable at 6 and 12 months post therapy, remove patient from chronic care clinic and move HCV from problem list to medical history. However, if patient has known cirrhosis, continue chronic care clinics every 6 months indefinitely.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Acute HCV

When a patient is diagnosed with Acute HCV the following should occur

1. Update the patient's problem list to include Acute HCV
2. Monitor ALT monthly x 6 months
3. At 6 months recheck HCV RNA Quant
    a. If HCV RNA is undetectable → HCV can be removed from the problem list and placed in the medical history
    b. If HCV RNA is detectable → patient has chronic HCV infection and should be enrolled in chronic care clinic and managed according to the KYDOC Hepatitis Management Plan.

## Special Considerations

•Individuals with decompensated cirrhosis, liver transplant recipients may be referred to Hepatology for evaluation and management.

•Treatment failures/relapses may be referred to Hepatology for further recommendations

•HBV Co-infection

•Chronic Kidney Disease requiring hemodialysis, GFR < 30 may be referred to Hepatology

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Handout #1 – Information for inmates with HCV antibody detection

A recent blood test showed that you have been exposed to the Hepatitis C virus (HCV) and may be infected.  HCV infection could seriously hurt your liver.  You may have had the virus for a long time.  You may have gotten the virus from being given contaminated blood or blood products before 1992 when the virus could not be detected.  You may have gotten the infection from contaminated needles abusing intravenous drugs like heroin.  Even if you abused drugs only a few times many years ago, you may have gotten the HCV virus back then and never knew it.  Frequent high risk sexual behavior contact is also thought to spread the virus.  Tattoos and body piercings could also have been the source of the infection.

Fortunately, the majority of HCV infected people don't develop serious liver damage and fortunately the virus is not easily transmitted to others, even with close contact.  However, it is important that we find out if you are one of those people who have serious liver damage from HCV and find out if we can slow the damage being done to your liver.  HCV antiviral therapy does not come without risks; and is therefore is only used in people with significant liver damage, but no so bad that the liver is failing.

There are a number of things people infected with HCV can do to slow or prevent progression of liver damage from the virus.  Not drinking alcohol beverages is very important since we know that people with HCV who drink heavily get more damage and are more likely to develop cirrhosis (scarring of the liver).  Having too much iron in your body may promote damage from HCV.  We also recommend avoiding iron in vitamins and avoid taking high doses of vitamin C, which can activate iron inside the body.

If you are offered HCV treatment and test positive for the use of unauthorized substances, your evaluation or therapy will be interrupted or discontinued.

Following are some "Frequently asked Questions" and answers taken from the Center for Disease control (CDC).

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## Handout #1 – page two – Hepatitis C Frequently asked Questions

**Q: What is Hepatitis C?**

• Hepatitis C is virus that can cause liver damage.  The virus is found in blood and the liver of infected people and lives in the liver for many years.  Most people with HCV do not get serious liver disease.  However, about 20% of people are able to clear, or get rid of, the virus without treatment in the first 6 months

**Q:  What are the symptoms of Hepatitis C?**

• Most people with Hepatitis C do not have symptoms and do not know they are infected.  If symptoms are present the can include: fever, feeling tired, poor appetite, upset stomach, dark urine, grey colored stools, joint pain and yellow skin and eyes.

**Q: How could a person have gotten Hepatitis C?**

• Hepatitis C is spread when blood from a person infected with the virus enters the body of someone who is not infected.  Examples of transmission include:  Intravenous drug use, blood transfusion, organ transplantation, getting tattoos and/or body piercings with non-sterile instruments.

**Q: How can infected persons infected with HCV prevent spreading HCV to others?**

• Avoid sharing or reusing needles & syringes

•Cover your cuts and skin sores

• Do not have unprotected sex

•Do not share or use personal items that may have come in contact with the virus (ie: Razors, nail clippers, toothbrushes)

•Do not get tattoos or body piercings from an unlicensed facility or in an informal setting

**Q: How can people protect themselves from getting Hepatitis C and other diseased spread by contact with human blood or body fluids?**

• Don't' ever "shoot" drugs.  If you do shoot drugs, stop and get into a substance abuse program.  Never reuse or share syringes, water (used for injections) or drug "works"

• Do not get a tattoo or any body piercing

•Remember HCV can be spread by sexual activity, but at a very low rate

**Q: What can persons with HCV infection do to protect their liver?**

• Stop using all alcohol and street drugs

•Don't take over the counter medications, herbs, or other medications without your doctor's knowledge

•Avoid being overweight, maintain healthy life style behaviors

**Q:  What other information should I be aware of?**

•A person can be re-infected, as prior infection does not give protections against a different strain

• HCV is NOT spread by sneezing, coughing, food or water, sharing eating utensils, or drinking glasses, or by casual contact

•Your health care provider will make medical decisions based on your medical status and the Department of Corrections Hepatitis Management Plan.

Revised 8/23/18

Department of Corrections Hepatitis Management Plan

## <u>Antiviral Therapy Agreement – Hepatitis C Medicine</u>

I,_____, have talked with my provider about taking Hepatitis C medicine.  I understand and agree to the following:

- I will take the following medicine starting on_____.  I will continue antiviral therapy for _____ weeks.

  Medicine to be taken: _____

- If I do not treat Hepatitis C, my liver disease can get worse.

- There are risks and possible side effects associated with taking this medicine.  I have talked with my provider about the risks and benefits.  I agree to follow the therapy as instructed by my provider.

- I've had the opportunity to ask questions about Hepatitis C, other treatment options and the risk of antiviral therapy.  I have enough information to understand my treatment plan with antiviral medications.

- There is no guarantee that this medicine will cure my Hepatitis C or prevent progression of cirrhosis.

- I have been given a copy of this agreement.

## To help make my treatment a success, I agree to:

- Take all my medicine as ordered unless my provider stops the medicine.

- I understand that Hepatitis C antiviral medications will be given during pill call and are not available on SAMs.

- Go to all of my follow-up visits.

- Take any lab test my provider orders to see if the medicine is working.

- Take any alcohol or drug tests my provider orders.  I know that taking alcohol and drugs could make my antiviral therapy less effective and make my Hepatitis C worse.

- I will abstain from illicit drug use, inappropriate sexual behavior and refrain from getting any prison tattoos during my incarceration.

- Receive medicine counseling, education and training.

☐ By checking this box, I agree to ALL of the above bullet points on this agreement

☐ By checking this box, I refuse antiviral therapy for the treatment of Hepatitis C

Printed Name:_____ Number_____
Inmate Signature:_____Date:_____
Prescriber's Signature:_____Date:_____
Revised Protocol 8/23/18