UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

[Filed Electronically]

| | |
|---|---|
| BRIAN WOODCOCK, KEATH BRAMBLETT, RUBEN RIOS SALINAS, and JESSICA LAWRENCE, individually and on behalf of the certified class of all inmates in Kentucky prisons who have been diagnosed, or will be diagnosed, with chronic Hepatitis C virus for the purpose of injunctive relief, <br><br> PLAINTIFFS <br><br> V. <br><br> CORRECT CARE SOLUTIONS, LLC; FREDERICK KEMEN, MD; RODNEY BALLARD; LADONNA THOMPSON; DOUG CRALL, MD; COOKIE CREWS; and DENISE BURKETT, <br><br> DEFENDANTS. | Case No. 3:16-cv-96-GFVT |

## NOTICE OF APPEAL

Plaintiffs Brian Woodcock, Keath Bramblett, Ruben Rios Salinas, and Jessica Lawrence, individually and on behalf of the certified class of all inmates in Kentucky prisons who have been diagnosed, or will be diagnosed, with chronic Hepatitis C virus for the purpose of injunctive relief, hereby serve notice of their appeal to the United States Court of Appeals for the Sixth Circuit of this Court's Memorandum Opinion & Order in this case signed and entered February 4, 2020 (DN 203):

1. Dismissing Plaintiffs' federal claims under 42 U.S.C. §1983 against all Defendants identified in the caption above in their entirety with prejudice; and

2. Remanding Plaintiffs' state claims against all Defendants identified in the caption above to state court for further proceedings.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley@aol.com
Camille A. Bathurst
camillebathurst@aol.com
Aaron Bentley
abentley3b@gmail.com
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059
502/292-2452

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via CM/ECF on February 11, 2020, to all counsel of record.

/s/ Gregory A. Belzley
Gregory A. Belzley
